IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00441-REB-MEH

eSOFT, INC., a Delaware corporation,

       Plaintiff,

v.

ASTARO CORPORATION, a Massachusetts corporation,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 1, 2006.**

Defendant's Joint Motion to Amend Scheduling Order [Filed September 1, 2006; Docket #46] is **granted** in part and **denied** in part. The Scheduling Order and deadlines are modified as follows:

| | |
|---|---|
| Expert Witness Disclosures: | January 29, 2007 |
| Rebuttal Expert Disclosures: | February 12, 2007 |
| Fact Discovery Cut-Off: | March 5, 2007 |
| Dispositive Motion Deadline: | April 5, 2007 |

The Settlement Conference scheduled for November 16, 2006, is **vacated** and **rescheduled** to **January 24, 2007 at 1:30 p.m.** Confidential settlement statements are to be submitted by January 17, 2006.

The Final Pretrial Conference scheduled for April 17, 2007, is **vacated** and **rescheduled** to Tuesday, **June 12, 2007 at 9:45 a.m.** The Proposed Pretrial Order is to be submitted by June 5, 2006.

The parties also request that the deadline for Motions raising issues under Fed. R. Evid. 702 be reset. This request is **denied** without prejudice. Because this deadline was set by District Judge Blackburn, the parties must request this modification in a separate motion.