**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00441-REB-MEH

ESOFT, INC. a Delaware corporation,

    Plaintiff,

v.

ASTARO CORPORATION, a Massachusetts corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    The Joint Motion to Amend Trial Preparation Conference Order [#52], filed September 11, 2006, is GRANTED. The deadline for the filing of Rule 702 motions shall now be **March 12, 2007**.

Dated: September 11, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.