**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00441-REB-MEH

ESOFT, INC. a Delaware corporation,

    Plaintiff,

v.

ASTARO CORPORATION, a Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation and Order of Dismissal Without Prejudice** [#69], filed February 13, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation and Order of Dismissal Without Prejudice** [#69], filed February 13, 2007, is **APPROVED**;

    2.  That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for September 21, 2007, is **VACATED**; and

    4.  That the jury trial set to commence October 8, 2007, is **VACATED**.

Dated February 13, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**